UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Luigia Concepcion, | ) | CASE NO. 1:25-cv-01955-ADA-ML |
| | ) | |
| Plaintiff, | ) | JUDGE: Alan D. Albright |
| | ) | |
| v. | ) | MAGISTRATE JUDGE: Mark Lane |
| | ) | |
| First Portfolio Ventures II, LLC | ) | |
| and Javitch Block LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT AND**
**REQUEST TO ADJOURN ALL DATES AND DEADLINES**

NOTICE IS HEREBY GIVEN by Plaintiff Luigia Concepcion, and Defendants First Portfolio Ventures II, LLC and Javitch Block LLC, by and through their respective undersigned counsel, that the parties have reached a settlement of all claims. The parties anticipate filing a Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ. P. 41 within 60 days. As such, the parties respectfully request all pending dates and deadlines be adjourned.

Respectfully Submitted:

/s/ Michael D. Slodov
Michael D. Slodov, Ohio SCR# 0051678
1100 Superior Ave., 19th Floor
Cleveland, OH 44114
Phone - (216) 623-0000 ext. 2781
Email: mslodov@jbllc.com
Attorneys for Defendants

**APPROVED:**

Daniel Ciment (email consent 1/14/26)
CIMENT LAW FIRM, PLLC
4500 Mercantile Plaza, Suite
300 Fort Worth, TX 76137
833-663-3289, ext. 1001
Daniel@cimentlawfirm.com
Attorney For Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/Michael D. Slodov