IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LUIGIA CONCEPCION, | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| FIRST PORTFOLIO VENTURES II, | § | A-25-CV-1955-ADA-ML |
| LLC and JAVITCH BLOCK LLC, | § | |
| Defendants. | § | |

## ORDER

On January 15, 2026, the parties advised the court that they have reached a settlement of all claims and that they seek sixty (60) days to file their dismissal documents. Dkt. 12. Accordingly, the court **ORDERS** the parties to file a motion to dismiss, stipulation of dismissal, or a status report regarding the failure to dismiss **on or before March 16, 2026.**

The parties further request that the court adjourn all pending dates and deadlines. Therefore, the court likewise **STAYS** Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint for sixty (60) days.

SIGNED January 20, 2026.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE