# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Luigia Concepcion, | ) | CASE NO. 1:25-cv-01955-ADA-ML |
| | ) | |
| Plaintiff, | ) | JUDGE: Alan D. Albright |
| | ) | |
| v. | ) | MAGISTRATE JUDGE: Mark Lane |
| | ) | |
| First Portfolio Ventures II, LLC and Javitch Block LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD

Now come Defendants First Portfolio Ventures II, LLC and Javitch Block LLC, by and through the undersigned counsel, and move this honorable court pursuant to Fed.R.Civ.P. 6(b)(1)(A), for a seven (7) day extension of time to answer, move or otherwise plead in response to Plaintiff's complaint until March 23, 2026.

For cause, Defendants state that this action was filed on December 3, 2025. ECF No. 1. Summons was served on or about December 8, 2025, and Defendants response to the complaint was due on or before December 29, 2025. ECF Nos. 6, 7. On December 30, 2025, Defendants moved for an extension of time until January 19, 2026, which the court granted, extending the Defendants' response deadline to January 19, 2026. ECF No. 11.

On January 15, 2026, Defendants counsel notified the court that the parties had reached a settlement of this matter. ECF No. 12. In response, the Court ordered the parties to file a motion to dismiss, stipulation of dismissal, or a status report regarding the failure to dismiss on or before March 16, 2026. ECF No. 13.

On January 13, 2026, the undersigned sent Plaintiff's counsel a draft settlement agreement in this case (and four others), and Plaintiff's counsel responded that the agreement looked good to him, and later agreed to the form of the notice of settlement filed on January 15. 1/13/26 emails.

Follow-up email communications were sent and Plaintiff's counsel advised on February 2, 2026 that he was still working on collecting a signature for the settlement agreement in this case. 2/2/26 email. On February 11, and 19, additional follow-up emails were sent by the undersigned to Plaintiff's counsel concerning this case. On February 19, Plaintiff's counsel advised that "We have still not been able to get a hold of this client. I am sending one of my attorneys to her house this weekend to see if we can make contact. If we are unable to make contact, we will have to withdraw from the debt case and dismiss the federal claim without prejudice. I will follow up with you next week" 2/19/26 email.

On March 5, 2026, the undersigned followed up and was advised by Mr. Ciment that "My attorney wasn't able to stop by their house last week. She's doing this week. If we aren't able to make contact this weekend we will dismiss on Monday. " 3/5/26 email.

When no response was received, the undersigned email Mr. Ciment the morning of March 16, reminding plaintiff's counsel that a response to the court's order was due to be filed today and that absent a response, counsel for Defendant would proceed with a response independently. 3/16/26 email.

Additional time is necessary to confirm whether Plaintiff intends to prosecute this action, voluntarily dismiss this action, or withdraw from further representation.

In light of the foregoing, Defendants respectfully ask for a seven (7) day extension of time to answer, move or otherwise plead in response to the complaint, extending the Defendant's response date to March 23, 2026.

        Respectfully Submitted:

        /s/ Michael D. Slodov
        Michael D. Slodov, Ohio SCR# 0051678
        1100 Superior Ave., 19th Floor
        Cleveland, OH 44114
        Phone - (216) 623-0000 ext. 2781
        Direct – (216) 217-2145
        Email:  mslodov@jbllc.com
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

        /s/Michael D. Slodov