Outlook

**Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...**

**From** Michael Slodov <MSlodov@jbllc.com>
**Date** Mon 3/16/2026 7:36 AM
**To** Daniel Ciment <daniel@cimentlawfirm.com>
**Cc** Tyler Lansden <TLansden@jbllc.com>

Mr. Ciment,

Per ECF No. 13, the court ordered "the parties to file a motion to dismiss, stipulation of dismissal, or a status report regarding the failure to dismiss on or before March 16, 2026."

This has to be addressed this morning.
Let me know as soon as possible how you intend to proceed or I will proceed independently.

Michael D. Slodov, Esq.
Javitch Block LLC
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
866.881.2400 ext. 2781
direct -216.217.2145
fax -216.685.3039
mslodov@jbllc.com

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

**From:** Daniel Ciment <daniel@cimentlawfirm.com>
**Sent:** Thursday, March 5, 2026 8:30 AM
**To:** Michael Slodov <MSlodov@jbllc.com>
**Cc:** Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

My attorney wasn't able to stop by their house last week. She's doing this week. If we aren't able to make contact this weekend we will dismiss on Monday.

Daniel Ciment
Sent from my iPhone

On Mar 5, 2026, at 7:01 AM, Michael Slodov <MSlodov@jbllc.com> wrote:

Thank you.
Were you able to get in touch with Concepcion?
The Court's entry on 1/20 required something to be filed by 3/15 ("the court ORDERS the parties to file a motion to dismiss, stipulation of dismissal, or a status report regarding the failure to dismiss on or before March 16, 2026.").
Let me know if you need more time, as our answer date was only extended for 60 days.

Michael D. Slodov, Esq.
Javitch Block LLC
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
866.881.2400 ext. 2781
direct -216.217.2145
fax -216.685.3039
mslodov@jbllc.com

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

**From:** Daniel Ciment <daniel@cimentlawfirm.com>
**Sent:** Wednesday, March 4, 2026 11:04 AM
**To:** Michael Slodov <MSlodov@jbllc.com>
**Cc:** Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

I'll get them filled today.

Daniel J. Ciment
Owner/Managing Attorney | www.thedebtdefenders.com
<img-ba3a6096-21f4-439a-8f36-55d56cd165ad>

<img-da9492ce-b66d-46b6-a47d-aca0deb5c611>

T: (833) 663-3289
F: (855) 855-9830
E: daniel@cimentlawfirm.com
A: 400 E. Weatherford St., Fort Worth, TX 76102
Electronic Service: Courtfilings@cimentlawfirm.com

<img-c4a5a243-f23a-453f-94b1-e8e8937dfc1e>
<img-e70e4538-2586-4811-baa6-4cb72ec903a0>
<img-61548b1e-6156-4683-b325-d28315a2b9f1>
<img-7b4a72b0-a3ce-4b9f-aac9-77a7ce27ba45>
<img-ef123640-51f8-4be0-9502-90970a867ea9>
<img-0a12015c-6dca-4dee-98bc-849c9e72763b>

**From:** Michael Slodov <MSlodov@jbllc.com>
**Date:** Wednesday, March 4, 2026 at 9:54 AM
**To:** Daniel Ciment <daniel@cimentlawfirm.com>
**Cc:** Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

Mr. Ciment,

Although the settlement agreements do not make dismissal of the federal cases contingent on dismissal of the state cases, the state court dismissals have been filed. In addition, the [redacted] check is heading to you, tracking information to follow.
Please file the dismissals in the federal cases.

Michael D. Slodov, Esq.
Javitch Block LLC
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
866.881.2400 ext. 2781
direct -216.217.2145
fax -216.685.3039
mslodov@jbllc.com

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

**From:** Daniel Ciment <daniel@cimentlawfirm.com>
**Sent:** Tuesday, March 3, 2026 2:33 PM
**To:** Michael Slodov <MSlodov@jbllc.com>
**Cc:** Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

Once I have confirmed that the debt cases have been dismissed, I will file the dismissals of the federal cases.

Daniel J. Ciment
Owner/Managing Attorney | www.thedebtdefenders.com
<img-ba3a6096-21f4-439a-8f36-55d56cd165ad>

<img-da9492ce-b66d-46b6-a47d-aca0deb5c611>

T: (833) 663-3289
F: (855) 855-9830
E: daniel@cimentlawfirm.com
A: 400 E. Weatherford St., Fort Worth, TX 76102
Electronic Service: Courtfilings@cimentlawfirm.com

<img-c4a5a243-f23a-453f-94b1-e8e8937dfc1e>
<img-e70e4538-2586-4811-baa6-4cb72ec903a0>

<img-61548b1e-6156-4683-b325-d28315a2b9f1>
<img-7b4a72b0-a3ce-4b9f-aac9-77a7ce27ba45>
<img-ef123640-51f8-4be0-9502-90970a867ea9>
<img-0a12015c-6dca-4dee-98bc-849c9e72763b>

**From:** Michael Slodov <MSlodov@jbllc.com>
**Date:** Friday, February 27, 2026 at 12:49 PM
**To:** Daniel Ciment <daniel@cimentlawfirm.com>
**Cc:** Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

Mr. Ciment,

Attached are notices of dismissal for filing in the five cases.
Note, all call for dismissal with prejudice except Concepcion case (without prejudice to refiling).
Please file at your earliest convenience.
Let me know if you require anything further.

Michael D. Slodov, Esq.
Javitch Block LLC
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
866.881.2400 ext. 2781
direct -216.217.2145
fax -216.685.3039
mslodov@jbllc.com

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

**From:** Daniel Ciment <daniel@cimentlawfirm.com>
**Sent:** Thursday, February 19, 2026 10:56 AM
**To:** Michael Slodov <MSlodov@jbllc.com>
**Cc:** Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

We have still not been able to get a hold of this client. I am sending one of my attorneys to her house this weekend to see if we can make contact. If we are unable to make contact, we will have to withdraw from the debt case and dismiss the federal claim without prejudice.

I will follow up with you next week.

Thanks,

Daniel J. Ciment

Owner/Managing Attorney | www.thedebtdefenders.com

<img-ba3a6096-21f4-439a-8f36-55d56cd165ad>

<img-da9492ce-b66d-46b6-a47d-aca0deb5c611>

T: (833) 663-3289
F: (855) 855-9830
E: daniel@cimentlawfirm.com
A: 400 E. Weatherford St., Fort Worth, TX 76102
Electronic Service: Courtfilings@cimentlawfirm.com

<img-c4a5a243-f23a-453f-94b1-e8e8937dfc1e>
<img-e70e4538-2586-4811-baa6-4cb72ec903a0>
<img-61548b1e-6156-4683-b325-d28315a2b9f1>
<img-7b4a72b0-a3ce-4b9f-aac9-77a7ce27ba45>
<img-ef123640-51f8-4be0-9502-90970a867ea9>

<img-0a12015c-6dca-4dee-98bc-849c9e72763b>

---

**From:** Michael Slodov <MSlodov@jbllc.com>
**Date:** Thursday, February 19, 2026 at 8:36 AM
**To:** Daniel Ciment <daniel@cimentlawfirm.com>
**Cc:** Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

Following up, please advise if you made any progress on the Concepcion file.

Michael D. Slodov, Esq.
Javitch Block LLC
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
866.881.2400 ext. 2781
direct -216.217.2145
fax -216.685.3039
mslodov@jbllc.com

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

**From:** Michael Slodov <MSlodov@jbllc.com>
**Sent:** Wednesday, February 11, 2026 10:48 AM
**To:** Daniel Ciment <daniel@cimentlawfirm.com>
**Cc:** Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

Following up, have you gotten the agreement signed by Conception?

Michael D. Slodov, Esq.
Javitch Block LLC
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
866.881.2400 ext. 2781
direct -216.217.2145
fax -216.685.3039
mslodov@jbllc.com

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

**From:** Daniel Ciment <daniel@cimentlawfirm.com>
**Sent:** Monday, February 2, 2026 11:48 AM
**To:** Michael Slodov <MSlodov@jbllc.com>
**Cc:** Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

Michael,

Attached are the signed settlement agreements for Ventura and Ramirez. We are still working on Conceptions.

Thank you,

Daniel J. Ciment
Owner/Managing Attorney | www.thedebtdefenders.com
<image001[26].png>

<image002[10].png> T: (833) 663-3289
F: (855) 855-9830
E: daniel@cimentlawfirm.com
A: 221 Bella Katy Dr., Katy, TX 77494
Electronic Service: Courtfilings@cimentlawfirm.com

<image003[47].png>
<image004[26].png>
<image005[83].png>
<image006[56].png>
<image007[33].png>
<image008[46].png>

---

**From:** Michael Slodov <MSlodov@jbllc.com>
**Date:** Tuesday, January 27, 2026 at 4:55 PM
**To:** Daniel Ciment <daniel@cimentlawfirm.com>
**Cc:** Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v.

First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

Following up, let me know if you have signatures on the remaining three, Ventura, Concepcion and Ramirez.

Michael D. Slodov, Esq.
Javitch Block LLC
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
866.881.2400 ext. 2781
direct -216.217.2145
fax -216.685.3039
mslodov@jbllc.com

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

**From:** Daniel Ciment <daniel@cimentlawfirm.com>
**Sent:** Thursday, January 22, 2026 7:19 PM
**To:** Michael Slodov <MSlodov@jbllc.com>
**Cc:** Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

Here are Haskett and Lopez.  We are still waiting on the other clients to sign.

Daniel J. Ciment
Owner/Managing Attorney | www.thedebtdefenders.com
<image001[26].png>

<image002[10].png> T: (833) 663-3289
F: (855) 855-9830
E: daniel@cimentlawfirm.com
A: 221 Bella Katy Dr., Katy, TX 77494
Electronic Service: Courtfilings@cimentlawfirm.com

<image003[47].png>
<image004[26].png>
<image005[83].png>
<image006[56].png>
<image007[33].png>
<image008[46].png>

---

**From:** Michael Slodov <MSlodov@jbllc.com>
**Date:** Thursday, January 22, 2026 at 4:49 AM
**To:** Daniel Ciment <daniel@cimentlawfirm.com>
**Cc:** Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v.

First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

Following up, please send me copies of the signed settlement agreements in these five cases at your earliest convenience.

Michael D. Slodov, Esq.
Javitch Block LLC
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
866.881.2400 ext. 2781
direct -216.217.2145
fax -216.685.3039
mslodov@jbllc.com

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

**From:** Daniel Ciment <daniel@cimentlawfirm.com>
**Sent:** Wednesday, January 14, 2026 5:01:35 PM
**To:** Michael Slodov <MSlodov@jbllc.com>
**Cc:** Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

yes to all. I emailed you yesterday and responded.

To be clear the only change to the agreement was my address where the payment is to be made.

Did you get that email?

Daniel Ciment
Sent from my iPhone

> On Jan 14, 2026, at 3:24 PM, Michael Slodov <MSlodov@jbllc.com> wrote:
>
> Mr. Ciment,
>
> Please confirm you are having Lopez re-sign the corrected draft and let me know if the agreements in the other four cases meet with your approval.
> Also, let me know if I can file the notices of settlement in the four federal cases.
>
> Thanks,

Michael D. Slodov, Esq.
Javitch Block LLC
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
866.881.2400 ext. 2781
direct -216.217.2145
fax -216.685.3039
mslodov@jbllc.com

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

**From:** Michael Slodov <MSlodov@jbllc.com>
**Sent:** Tuesday, January 13, 2026 12:10 PM
**To:** Daniel Ciment <daniel@cimentlawfirm.com>; Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

See draft settlement agreements in the four cases and a revised version of Lopez.
Please review and confirm they are all correct in all material respects.
Send back any markups.

If approved, I will send you notice of settlement for the four remaining federal cases for review and filing.

Michael D. Slodov, Esq.
Javitch Block LLC
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
866.881.2400 ext. 2781
direct -216.217.2145
fax -216.685.3039
mslodov@jbllc.com

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

**From:** Daniel Ciment <daniel@cimentlawfirm.com>
**Sent:** Tuesday, January 13, 2026 10:27 AM
**To:** Michael Slodov <MSlodov@jbllc.com>; Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

Good catch. It's [redacted]

Daniel J. Ciment
Owner/Managing Attorney | www.thedebtdefenders.com
<image001[80].png>

<image002[3].png> T: (833) 663-3289
F: (855) 855-9830
E: daniel@cimentlawfirm.com
A: 221 Bella Katy Dr., Katy, TX 77494
Electronic Service: Courtfilings@cimentlawfirm.com

<image003[18].png>
<image004[19].png>
<image005[20].png>
<image006[13].png>
<image007[18].png>
<image008[59].png>

---

**From:** Michael Slodov <MSlodov@jbllc.com>
**Date:** Tuesday, January 13, 2026 at 9:12 AM
**To:** Daniel Ciment <daniel@cimentlawfirm.com>, Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

In reviewing the Lopez agreement, there appears to be an error in paragraph 4 and it ought to be corrected.

4. In consideration of and in exchange for the contemporaneous release set forth in ¶ 1 above, and a dismissal of the Action with prejudice at Claimant's costs, within 14 business days of returning a signed settlement agreement and a completed W-9 to counsel for FPV via email in pdf format, Javitch shall pay Claimant a total of [redacted]

Please clarify if the agreement is for [redacted] or f[redacted]

Michael D. Slodov, Esq.
Javitch Block LLC
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
866.881.2400 ext. 2781
direct -216.217.2145
fax -216.685.3039
mslodov@jbllc.com

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

**From:** Michael Slodov <MSlodov@jbllc.com>
**Sent:** Monday, January 12, 2026 5:11 PM
**To:** Daniel Ciment <daniel@cimentlawfirm.com>; Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

Thank you.
Can you send over your W-9 for the payee?

Michael D. Slodov, Esq.
Javitch Block LLC
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
866.881.2400 ext. 2781
direct -216.217.2145
fax -216.685.3039
mslodov@jbllc.com

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

**From:** Daniel Ciment <daniel@cimentlawfirm.com>
**Sent:** Monday, January 12, 2026 4:18 PM
**To:** Michael Slodov <MSlodov@jbllc.com>; Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

Attached please find the signed release from Mr. Lopez.

Thank you,

Daniel J. Ciment
Owner/Managing Attorney | www.thedebtdefenders.com
<image001[80].png>

<image002[3].png>
T: (833) 663-3289
F: (855) 855-9830
E: daniel@cimentlawfirm.com
A: 221 Bella Katy Dr., Katy, TX 77494
Electronic Service: Courtfilings@cimentlawfirm.com

<image003[18].png>
<image004[19].png>
<image005[20].png>

<image006[13].png>
<image007[18].png>
<image008[59].png>

---

**From:** Michael Slodov <MSlodov@jbllc.com>
**Date:** Monday, January 12, 2026 at 3:09 PM
**To:** Daniel Ciment <daniel@cimentlawfirm.com>, Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

To move things along, please send me the Lopez agreement.

Michael D. Slodov, Esq.
Javitch Block LLC
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
866.881.2400 ext. 2781
direct -216.217.2145
fax -216.685.3039
mslodov@jbllc.com

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

**From:** Daniel Ciment <daniel@cimentlawfirm.com>
**Sent:** Monday, January 12, 2026 3:51:18 PM
**To:** Tyler Lansden <TLansden@jbllc.com>; Michael Slodov <MSlodov@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

Lol ok. That's because I'm reducing my fees for my clients so that we can get these resolved. My clients are receiving everything that I told them to expect. So, yeah it is MY bottom line.

Daniel J. Ciment
Owner/Managing Attorney | www.thedebtdefenders.com
<image001[80].png>

<image002[3].png> T: (833) 663-3289
F: (855) 855-9830
E: daniel@cimentlawfirm.com
A: 221 Bella Katy Dr., Katy, TX 77494
Electronic Service: Courtfilings@cimentlawfirm.com

<image003[18].png>
<image004[19].png>
<image005[20].png>

<image006[13].png>
<image007[18].png>
<image008[59].png>

**From:** Tyler Lansden <TLansden@jbllc.com>
**Date:** Monday, January 12, 2026 at 2:47 PM
**To:** Daniel Ciment <daniel@cimentlawfirm.com>, Michael Slodov <MSlodov@jbllc.com>
**Subject:** RE: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

"my bottom line"

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Tyler G. Lansden
Partner
WV Bar No. 12050
TX Bar No. 24118207
Javitch Block LLC
1100 Superior Avenue, 19th Floor
Cleveland, OH 44114-1503
800-837-0109, Ext. 5702
tlansden@jbllc.com

<image001.png>

---

**From:** Daniel Ciment <daniel@cimentlawfirm.com>
**Sent:** Monday, January 12, 2026 3:46 PM
**To:** Michael Slodov <MSlodov@jbllc.com>; Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

I'm confused by Tyler's comment that the offer appears to be from me and not my clients. Is there a reason for such a statement?

Daniel J. Ciment
Owner/Managing Attorney | www.thedebtdefenders.com
<image002.png>

<image003.png> T: (833) 663-3289
F: (855) 855-9830
E: daniel@cimentlawfirm.com
A: 221 Bella Katy Dr., Katy, TX 77494
Electronic Service: Courtfilings@cimentlawfirm.com

<image004.png>

<image005.png>
<image006.png>
<image007.png>
<image008.png>
<image009.png>

---

**From:** Michael Slodov <MSlodov@jbllc.com>
**Date:** Monday, January 12, 2026 at 2:37 PM
**To:** Tyler Lansden <TLansden@jbllc.com>, Daniel Ciment <daniel@cimentlawfirm.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

So on behalf of your clients, that is a yes, correct?

Michael D. Slodov, Esq.
Javitch Block LLC
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
866.881.2400 ext. 2781
direct -216.217.2145
fax -216.685.3039
mslodov@jbllc.com

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

**From:** Tyler Lansden <TLansden@jbllc.com>
**Sent:** Monday, January 12, 2026 3:36 PM
**To:** Michael Slodov <MSlodov@jbllc.com>; Daniel Ciment <daniel@cimentlawfirm.com>
**Subject:** RE: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

The offer below appears to be from Mr. Ciment, and not his clients. Assuming his clients have given authority f[redacted] that number is agreeable with the same language as previously provided (though unsigned by Lopez).

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Tyler G. Lansden
Partner
WV Bar No. 12050
TX Bar No. 24118207
Javitch Block LLC
1100 Superior Avenue, 19th Floor

Cleveland, OH 44114-1503
800-837-0109, Ext. 5702
tlansden@jbllc.com

<image001.png>

---

**From:** Michael Slodov <MSlodov@jbllc.com>
**Sent:** Monday, January 12, 2026 3:35 PM
**To:** Daniel Ciment <daniel@cimentlawfirm.com>
**Cc:** Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

Tyler,

Please confirm - Lopez language, [REDACTED] per case, plus [REDACTED], no [REDACTED] and [REDACTED] to resolve these five:

Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740;
Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955;
Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954;
Haskett v. First Portfolio Ventures II, LLC, et al., SDTX, No. 4:25-cv-05738; and
Lopez v. First Portfolio Ventures II, LLC, et al., SDTX, No. 4:25-cv-05739.

Agreed?

Michael D. Slodov, Esq.
Javitch Block LLC
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
866.881.2400 ext. 2781
direct -216.217.2145
fax -216.685.3039
mslodov@jbllc.com

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

**From:** Daniel Ciment <daniel@cimentlawfirm.com>
**Sent:** Monday, January 12, 2026 3:31 PM
**To:** Michael Slodov <MSlodov@jbllc.com>
**Cc:** Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-

01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

Yes, the language in the Lopez settlement agreement is good with me.

Did I miss an email? Are we in agreement on the other cases?

Daniel J. Ciment
Owner/Managing Attorney | www.thedebtdefenders.com
<image002.png>

<image003.png> T: (833) 663-3289
F: (855) 855-9830
E: daniel@cimentlawfirm.com
A: 221 Bella Katy Dr., Katy, TX 77494
Electronic Service: Courtfilings@cimentlawfirm.com

<image004.png>
<image005.png>
<image006.png>
<image007.png>
<image008.png>
<image009.png>

---

**From:** Michael Slodov <MSlodov@jbllc.com>
**Date:** Monday, January 12, 2026 at 2:28 PM
**To:** Daniel Ciment <daniel@cimentlawfirm.com>
**Cc:** Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

I believe Tyler was waiting to hear from you on the language of the settlement agreement.
Has that been worked out/approved?

Michael D. Slodov, Esq.
Javitch Block LLC
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
866.881.2400 ext. 2781
direct -216.217.2145
fax -216.685.3039
mslodov@jbllc.com

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

**From:** Daniel Ciment <daniel@cimentlawfirm.com>
**Sent:** Monday, January 12, 2026 3:26 PM

**To:** Michael Slodov <MSlodov@jbllc.com>
**Cc:** Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

Michael,

I've countered with my bottom line of $ [REDACTED] per case, plus [REDACTED] and t [REDACTED]

Waiting to hear back from Tyler.

Daniel J. Ciment
Owner/Managing Attorney | www.thedebtdefenders.com
<image002.png>

<image003.png> T: (833) 663-3289
F: (855) 855-9830
E: daniel@cimentlawfirm.com
A: 221 Bella Katy Dr., Katy, TX 77494
Electronic Service: Courtfilings@cimentlawfirm.com

<image004.png>
<image005.png>
<image006.png>
<image007.png>
<image008.png>
<image009.png>

---

**From:** Michael Slodov <MSlodov@jbllc.com>
**Date:** Monday, January 12, 2026 at 2:16 PM
**To:** Daniel Ciment <daniel@cimentlawfirm.com>
**Cc:** Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

Mr. Ciment,

Have you and Mr. Lansden been able to work out your differences and close these matters out?
Let me know if I can help get these cases resolved.

Michael D. Slodov, Esq.
Javitch Block LLC
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
866.881.2400 ext. 2781
direct -216.217.2145

fax -216.685.3039
mslodov@jbllc.com

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

**From:** Daniel Ciment <daniel@cimentlawfirm.com>
**Sent:** Tuesday, December 30, 2025 1:05 PM
**To:** Michael Slodov <MSlodov@jbllc.com>
**Cc:** Tyler Lansden <TLansden@jbllc.com>
**Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

works for me. I've been out of the office with limited access to emails. I'll review the settlement agreement and get back to you by Monday.

Thanks

Daniel Ciment
Sent from my iPhone

> On Dec 30, 2025, at 11:52 AM, Michael Slodov <MSlodov@jbllc.com> wrote:
>
> Does the notice attached re Lopez meet with your approval?
>
> Michael D. Slodov, Esq.
> Javitch Block LLC
> 1100 Superior Ave., 19th Floor
> Cleveland, Ohio 44114
> 866.881.2400 ext. 2781
> direct -216.217.2145
> fax -216.685.3039
> mslodov@jbllc.com
>
> This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.
>
> ---
>
> **From:** Daniel Ciment <daniel@cimentlawfirm.com>
> **Sent:** Tuesday, December 30, 2025 10:42 AM
> **To:** Michael Slodov <MSlodov@jbllc.com>
> **Cc:** Tyler Lansden <TLansden@jbllc.com>
> **Subject:** Re: Ventura v. First Portfolio Ventures II, LLC, et al., SDTX, No.4:25-cv-05740; Concepcion v. First Portfolio Ventures II, LLC, et al., WDTX No. 1:25-cv-01955; Ramirez v. First Portfolio Ventures II, LLC, et al., WDTX, no. 1:25-cv-01954; Haskett v. Fi...

Of course you can have more time, Jan 19 is fine.

Yes, Lopez is settled.

Daniel Ciment
Sent from my iPhone

> On Dec 30, 2025, at 6:55 AM, Michael Slodov <MSlodov@jbllc.com> wrote:
>
> Mr. Ciment,
>
> I will be representing the Defendants in the above-captioned matters.
> I see that the time ran yesterday for responding to the complaints.
> I plan to ask for an extension of time until January 19, 2026 within which to answer, move or otherwise plead.
> Please advise if you oppose such an extension.
>
> Also, I was informed that the Lopez matter was recently settled. Let me know if that is not correct.
>
> Michael D. Slodov, Esq.
> Javitch Block LLC
> 1100 Superior Ave., 19th Floor
> Cleveland, Ohio 44114
> 866.881.2400 ext. 2781
> direct -216.217.2145
> fax -216.685.3039
> mslodov@jbllc.com
>
> This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.
>
> Javitch, Block LLC is a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector. The information in this e-mail and in any attachments hereto is private, confidential and intended solely for the attention and use of the addressee(s); it constitutes a communication from a debt collector; federal law prohibits interception, unauthorized disclosure, use, and access to this communication; disclosure of the contents, substance, purport, or meaning of this communication to any person without the sender or intended addressee's