**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| Luigia Concepcion, | ) | CASE NO. 1:25-cv-01955-ADA-ML |
| | ) | |
| Plaintiff, | ) | JUDGE: Alan D. Albright |
| | ) | |
| v. | ) | MAGISTRATE JUDGE: Mark Lane |
| | ) | |
| First Portfolio Ventures II, LLC and | ) | |
| Javitch Block LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER RE NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Luigia Concepcion, through counsel, and pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i), dismissed the present action without prejudice, each party to bear its own fees and

costs to be borne by Plaintiff. The Clerk is requested to close the case.

Signed: 03/19/2026.

ALAN D ALBRIGHT

US DISTRICT JUDGE